Rose F. Garsson, Suing on Behalf of Herself and All Other Stockholders of National Rubber Machinery Company, Similarly Situated, Respondent, v. National Rubber Machinery Company and Others, Defendants, Impleaded with Nils Florman and N. Henry Josephs, Appellants.— Orders unanimously modified by eliminating from each notice of examination item " 2," and deleting from item " 7 " the words " fraudulently and unlawfully," and as so modified affirmed, without costs. No opinion. The dates for the examinations to proceed to be fixed in the orders. Settle orders on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

Frances Goldstein, Appellant, v. Jack Goldstein, Respondent.— Order unanimously affirmed, without costs, on the authority of Goldstein v. Goldstein (283 N. Y. 146), decided May 28, 1940. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

Charles Gerben, as Director of the Gerben-Hecht Rim Wheel Corp., Appellant, v. Gerben-Hecht Rim Wheel Corp. and Others, Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements to the appellant, and the motion granted, except with respect to items 40, 41, 42, 48, 69 and 70 of the notice of motion, which are denied. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

Standard Wine & Liquor Co., Inc., Respondent, v. Urbana Wine Co., Inc., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

William H. Pitman and Another, Respondents, v. Central Lace Works, Inc., Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

Robert Ernest Weil, an Infant, by E. Alfred Weil, His Guardian ad Litem, Respondent, v. Sam Katz, Appellant. (Action No. 1.) E. Alfred Weil, Respondent, v. Sam Katz, Appellant. (Action No. 2.) — Orders, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

Irving Nemerov, Respondent, v. Charles Armour, Irving E. Armour, Charles Armour, Inc., and Charmour Sportswear, Inc., Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants Charles Armour, Irving E. Armour and Charles Armour, Inc., to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

Luci Borkowski, as Administratrix, etc., of Gene Borkowski, Deceased, Respondent, v. Marvin Bacon and Robert Bacon, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

11 West 42nd Street, Inc., Appellant, v. Albrecht's Retail Stores, Inc., and Others, Respondents, Impleaded with Another, Defendant.— Order, so far as appealed from, unanimously modified by granting in addition to the items allowed,